ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Ameresco Federal Solutions, Inc. ) | ASBCA No. 59377 |
| ) | |
| Under Contract No. DACA87-92-C-0128 ) | |

APPEARANCES FOR THE APPELLANT:     James D. Bachman, Esq.
         Ron R. Hutchinson, Esq.
          Doyle & Bachman, LLP
          Arlington, VA

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
          Army Chief Trial Attorney
         MAJ Raymond R. Adams, JA
         Erica S. Beardsley, Esq.
         Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 24 April 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

     I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59377, Appeal of Ameresco Federal Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals